UNITED STATES DISTRICT COURT
FOR THE RHODE ISLAND

NILL RAMOS

PETITIONER )
)
VS. )
)
UNITED STATES OF AMERICA )
)
RESPONDENT, )

Case NO. 07-361T

Case No.CR.00048-01T

PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW, the defendant, Nill Ramos Pro Se, requesting the Honorable Court for time reduction on the following grounds:

**Memorandum** of points and Authorities established this Motion factual basis. Under Attorney General Memorandum dated April 28, 1995,:

**UNITED STATES ATTORNEY** can offer (2) points level sentence reduction if the defendant accepts a final deportation order,

**Because,** petitioner cant be housed in a minimum security, or community correction center based on petitioner deportation alien status petitioner ask this Honorable Court to grant this motion for downward departure.

**FACTS:**

1- Defendant es presently incarcerated at Giles W. Dalby Correctional Facility, serving a sentence imposed by Federal Court.

2- The defendant was sentenced to 76 months of imprisonment.

3- The defendant is seeking relief due to the following:

POINTS AND AUTHORITIES

1. Equal protection Rights Pursuant To XIV Amendments for the United States of America.
2. Due Process, V Amendments.
3. Equal Rights Act,(1964) no person shall be discriminated, regardless of Race, Color, Sex, Religion, Origin, or Nationality.

All United States Citizen "inmates" are entitled to no different privileges due to His/Her Origin like one year reduction of sentence through drug program, ten percent halfway house, Unicor job, with good wages, $5,000 in bond.

An alien id deprived of his benefits or privileges due to his or her status and find his/herself committed to harsher time, or sentence due to his/her status in the United States of America. Both U.S. citizen, and Alien inmates Resident that live in U.S. are comport by the same rules, policies, privileges of such institution, **THEREFORE:** Defendant, respectfully request this motion to be granted, otherwise it will be discriminative.

This motion is submitted in good faith, and pursuant to V and XIV Amendment. (Guaranteed the right for **EQUAL PROTECTION**).

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

**Nill Ramos Reg,#05452-070**
**Giles W.Dalby C.I.805 N.Ave,F.**
**Post TX.79356**

Dated this 11 day of 9 2007.

CERTIFICATE OF SERVICE FOR MAILING

CASE NAME: UNITED STATES OF AMERICA VS. NILL RAMOS

CASE NUMBER: CR.00048-01 T

I, the undersigned, herby affirmed that on this 11 day of September 2007, I deposited in the recepticle for the United States mail provided at this Institution for inmates, first class pre-paid postage, in a sealed envelope and addressed to:

U.S. Corthouse
U.S. DISTRICT Court
For the DISTRICT of
RHODE ISLAND
1 Exchange Terrace
Providence, RI, 02903-1779

and copy To
U.S. Attorney
To be Mailed by
the clerk of the court

a true and correct copy of the attached document(s) identified as follows:

PETITION FOR WRIT OF HABEAS CORPUS

In accordance with Houston V. Lack 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. §1746(2). I further declare under the penalty of perjury that the foregoing is correct and true.

DATED: 9/11/2007

[signature]
AFFIANT