**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NILL RAMOS,
PETITIONER,

v.                                                              C.A. No. 07-361T

UNITED STATES OF AMERICA,
RESPONDENT.

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

>Pursuant to the October 15th, 2008 Memorandum and Order of this Court Petitioner Nill Ramos's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 is hereby DENIED and judgment hereby enters for Respondent the United States of America.

Enter:

/s/ Ryan H. Jackson

Deputy Clerk

Dated: October 15, 2008